UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELTON MIHALI,

                Plaintiff,

-against-

SIGNATURE BLACK CAR LLC et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/27/2020
```

20-cv-5634 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties, dated October 22, 2020, informing the Court that the parties have reached a settlement in principle [ECF #28].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by November 30, 2020.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned.

**SO ORDERED.**

**Date:  October 27, 2020**
       **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**